FILED'06 JUN 26 14:57USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Robert Ellison,

                    Plaintiff,

               v.

Kerr Corporation,

                    Defendant.

Civil No. CV 05-106  BR

**ORDER
OF DISMISSAL** (Partial)

Based on Stipulation of the parties,

**IT IS ORDERED**  that Plaintiff's Third and Fourth Claim are DISMISSED.

Dated this   26th  day of June, 2006.

_____
Anna J. Brown
United States District Judge

ORDER OF DISMISSAL